# Exhibit A

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| A video storage and display system, comprising: | **(4:37-44)** "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>**(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>**(4:64-65)** "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | **Video cameras are installed in areas of high asset value or vulnerability to theft or intrusion (i.e. tel/data, high asset storage, emergency exit doors) and areas that are not easily visible and may pose a risk to individual safety or security (e.g. practice rooms, ensembles, studios). On Guard's ability to capture and store video using commercial-off-the-shelf cameras and recording technology helps control break-ins, thefts, assaults and loitering, as well as capture possible destruction of property for immediate response.**<br><br> | Lenel OnGuard consists of PC monitor which display the images from different cameras.<br><br>http://www.lenel.com/assets/case-studies/CS_Berklee.pdf<br><br>http://www.lenel.com/assets/library/PR_SS.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a plurality of one or more video cameras, each outputting a signal representative of a video image; | (2:66–3:3) "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>(4:37-41) "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>(Abstract, ll. 1-8) "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical." | Video cameras are installed in areas of high asset value or vulnerability to theft or intrusion (i.e.- tel/data, high asset storage, emergency exit doors) and areas that are not easily visible and may pose a risk to individual safety or security (e.g. practice rooms, ensembles, studios).**On Guard's ability to capture and store video using commercial-off-the-shelf cameras and recording technology helps control break-ins, thefts, assaults and loitering, as well as capture possible destruction of property for immediate response.**<br><br> | Lenel OnGuard utilizes commercial-off-the-shelf cameras to capture and store video for immediate response.<br><br>http://www.lenel.com/assets/case-studies/CS_Berkle e.pdf<br><br>http://www.lenel.com/assets/library/OG13_BR_030413.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| means to receive the signals from each camera and digitally compress the images; | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(2:66–3:3)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression."<br><br>*(4:37-41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression." | **The repeatRequest, delay and controlRate attributes are sometimes used for the "getvideo" command to receive a continuous video stream from the camera. For most IP cameras, none of the attributes are needed. For this reason, this attribute is not often used and its default value is "false".**<br><br>**The Quality parameter represents the quality of compressed images. The higher the value of the parameter, the better the quality of the image produced. Some IP cameras use the opposite notion: compression. If compression is used, an enumeration must be used to convert high values to low and vice versa.** | Lenel OnGuard's receives continuous video signals and quality parameter provides compressed images for IP cameras.<br><br>http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| two forms of high-capacity storage media, one being randomly searchable while the other continues to store the digitally compressed image; and | **(3:30– 35)** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of <u>disk storage devices</u>, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules." **(3:64– 67)** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>." **(6:22– 33)** "An additional feature is the capability to implement a dual-recording-media option. This facility provides the ability to record simultaneously both on a tape (for high capacity, long term storage) and also on a removable media, such as a removable hard disk (i.e. PCMCIA) or magneto-optical disk (for short-term storage of up to 24 hours of images). These disks facilitate high-speed searching of recorded information without interrupting the tape, as well as providing a back up for the recording on the tape. In addition, the system is capable of simultaneously searching the recorded images on the disk storage unit while continuing to store images on the tape storage unit." | **OnGuard operates nearly 200 video cameras – a third of which are IP-based video surveillance cameras. The system uses 16 Lenel Digital Video Recorders (DVRs) and three Lenel Network Video Recorders (NVRs).**Thirty cameras are tied back to a control center (via analog matrix) that contains the three NVRs that are fed by the 16 DVRs (with alarm inputs) across campus. Camera resolution support ranges from basic QVGA (320 x 240) to 10 Megapixel (3648 x 2752 DVD quality).**An array of frame rates are available, and are dependent on video capture modules. OnGuard VideoManager also offers several recording, extended storage and monitoring options. Customers can record in continuous, time-lapse, event-driven or synchronized audio and video modes, and store that video on industry-standard, off-the-shelf hardware, including Direct Attached Storage (DAS), Network Attached Storage (NAS) and Storage Area Networks (SAN.)**Once video is set up, it's time to monitor it. | Lenel OnGuard provides two forms of storage media i.e. Digital Video Recorders (for storing and compression) video images and Network Video Recorders (searchable storage). http://www.lenel.com/assets/case-studies/CS_Berklee.pdf http://www.lenel.com/assets/library/OG13_BR_030413.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a computer configured to receive the digitally compressed images, the computer being interfaced to the following devices: | **(3:54-57)** "It is an object of the invention to provide a more efficient method for monitoring camera outputs by means of a multiple-window display system <u>implemented on a computer platform</u>."<br><br>**(3:58-63)** "It is another object of the invention to provide an improved recording system for event-logging or security applications, … and further <u>to implement this system on a computer platform</u>."<br><br>**(4:37-41)** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression." | **OnGuard DataConduIT is an advanced Application Programming Interface, built on Windows Management Instrumentation (WMI), that allows real-time, bidirectional, seamless integration between OnGuard and IT applications.**<br><br>**Facility Commander Wnx offers powerful, easy-to-use, IT-friendly, integrated security management under the familiar Microsoft Windows® operating environment. It is a complete end-to-end solution for today's most commonly deployed physical security applications; providing real-time monitoring, command and control, automation, database administration and report management in a single unified system.**<br><br><br><br>**The Quality parameter represents the quality of compressed images. The higher the value of the parameter, the better the quality of the image produced. Some IP cameras use the opposite notion: compression. If compression is used, an enumeration must be used to convert high values to low and vice versa.** | Lenel OnGuard provides monitoring of the received compressed images through Wnx and Windows Management Instrumentation (WMI) provides application programming interface for the system.<br><br>http://www.lenel.com/assets/library/OG13_SS_IT.pdf<br><br>http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf<br><br>http://www.lenel.com/assets/library/FCWNX_SS_WI.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a display screen, | *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." <br><br> *(4:64-65)* "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | **OnGuard VideoManager offers several options for viewing, including through OnGuard Alarm Monitoring, OnGuard VideoViewer, OnGuard Remote Monitor and a Barco digital display wall.** OnGuard VideoManager lets you build your video system with our software. <br><br>  | Lenel OnGuard provides displaying of multiple videos on a single screen. <br><br> http://www.lenel.com/assets/library/OG13_SS_VM.pdf <br><br> http://www.lenel.com/assets/library/OG13_BR.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| means to receive externally derived operator commands, and | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> *(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **Armed with the OnGuard platform, it is able to effectively manage a wide range of security functions including access control, alarm monitoring, video surveillance and analysis, as well as ID credential issuance and management.** <br><br> **A command is sent to the camera which either provides some response that is parsed and used by the LNVR or executes an action on the camera. An example of a command is "getvideo" (typically used to retrieve video from a video source – camera).** <br><br> **Some commands are reserved, including the generic commands getvideo and handshake, as well as the following PTZ commands: AutoFocus, IrisStop, ZoomStop, FocusStop, and MoveStop. Other commands may have arbitrary names. These names will be determined by cross references from parameter's getcmd and setcmd attributes.** | Lenel OnGuard receives externally derived operator command (alarm monitoring, PTZ commands or getvideo commands) which is parsed and used by the LNVR (Lenel Network Video Recorder). <br><br> http://www.lenel.com/assets/case-studies/CS_Berklee.pdf <br><br> http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| the high-capacity storage media, and | **(3:64– 67)** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>**(3:30– 40)** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | **Prism is tightly integrated with the recently re-factored and modernized Lenel NVR, adopting industry-standard RTP/RTSP transport protocols resulting in high-performance video storage and retrieval. This combination meets your needs whether you prefer to purchase your storage as a software-only package for deployment on COTS server hardware or as benchmarked and optimized hardware-based turnkey solution.**<br><br>**Video Clip File Storage**<br><br>• **Single-frame snapshot capture from any video stream to JPG file format**<br>• **Create video clips from any video stream, record to file in standard AVI and UTC recorders/encoders native formats**<br>• **Create auto-play evidence CD of video clips** | Lenel Prism integrates with Lenel NVR (Network Video Recorder) for high-performance storage media i.e. COTS server hardware.<br><br>http://www.lenel.com/assets/library/PR_SS.pdf<br><br>http://www.lenel.com/assets/library/FCWNX_SS_DVS_021214.pdf |
| wherein the computer is programmed to perform the following functions: | Usage of computer previously established | Preamble to the next set of claim elements | No evidence required |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| display the digitally compressed images from the cameras in different windows on the display screen, each window being associated with an update rate and dimensions in pixels, | **(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>**(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>**(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | **OnGuard VideoManager offers several options for viewing, including through OnGuard Alarm Monitoring, OnGuard VideoViewer, OnGuard Remote Monitor and a Barco digital display wall.** OnGuard VideoManager lets you build your video system with our software.<br><br><br><br>**Camera resolution support ranges from basic QVGA (320 x 240) to10 Megapixel (3648 x 2752 DVD quality). An array of frame rates are available, and are dependent on video capture modules with both MPEG-4 and MJPEG compressions.** OnGuard VideoManager also offers several recording, extended storage and monitoring options.<br><br>**The Quality parameter represents the quality of compressed images. The higher the value of the parameter, the better the quality of the image produced. Some IP cameras use the opposite notion: compression. If compression is used, an enumeration must be used to convert high values to low** and vice versa. | Lenel OnGuard consists of VideoManager display the compressed video streams at different resolutions from different cameras on a single display screen.<br><br>http://www.lenel.com/assets/library/OG13_SS_VM.pdf<br><br>http://www.lenel.com/assets/library/OG13_BR.pdf<br><br>http://www.lenel.com/assets/library/OG13_BR_030413.pdf<br><br>http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| vary~~the dimensions and the rate~~*spatial parameters and temporal parameters* at which a particular image is updated in its window in accordance with one of the externally derived commands, | **(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> **(8:28– 42)** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **The Quality parameter is converted to the camera-specific compression level value. The Resolution parameter is specified for both CIF and 4CIF resolutions for both PAL and NTSC video standards. The FrameRate parameter is only available on the camera at frame rates of 1, 5, or 10 frames per second.** <br><br>  <br><br> **A command is sent to the camera which either provides some response that is parsed and used by the LNVR or executes an action on the camera. An example of a command is "getvideo" (typically used to retrieve video from a video source – camera).** <br><br> Some commands are reserved, including the generic commands getvideo and handshake, as well as the following PTZ commands: AutoFocus, IrisStop, ZoomStop, FocusStop, and MoveStop. Other commands may have arbitrary names. These names will be determined by cross references from parameter's getcmd and setcmd attributes. | Lenel OnGuard consists of the OpenCapture Simulator which updates current frame rate, bitrate (temporal parameter) and resolution (spatial parameter) of the video image on receiving command (getvideo) for execution on the camera. <br><br> http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| store the digitally compressed images in the high-capacity storage ~~medium~~ *media*, and | **(3:64– 67)** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>**(3:30– 40)** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of <u>disk storage devices</u>, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images"<br><br>**(6:22– 33)** "An additional feature is the capability to implement a dual-recording-media option. This facility provides the ability to record simultaneously both on a tape (for high capacity, long term storage) and also on a removable media, such as a removable hard disk (i.e. PCMCIA) or magneto-optical disk (for short-term storage of up to 24 hours of images). These disks facilitate high-speed searching of recorded information without interrupting the tape, as well as providing a back up for the recording on the tape. In addition, the system is capable of simultaneously searching the recorded images on the disk storage unit while continuing to store images on the tape storage unit." | Camera resolution support ranges from basic QVGA (320 x 240) to 10 Megapixel (3648 x 2752 DVD quality).**An array of frame rates are available, and are dependent on video capture modules with both MPEG-4 and MJPEG compressions. OnGuard VideoManager also offers several recording, extended storage and monitoring options. Customers can record in continuous, time-lapse, event-driven or synchronized audio and video modes, and store that video on industry-standard, off-the-shelf hardware, including Direct Attached Storage (DAS), Network Attached Storage (NAS) and Storage Area Networks (SAN.)**Once video is set up, it's time to monitor it.<br><br>Prism is tightly integrated with the recently re-factored and modernized Lenel NVR, **adopting industry-standard RTP/RTSP transport protocols resulting in high-performance video storage and retrieval. This combination meets your needs whether you prefer to purchase your storage as a software-only package for deployment on COTS server hardware or as benchmarked and optimized hardware-based turnkey solution.**<br><br>**Video Clip File Storage**<br><br>**• Single-frame snapshot capture from any video stream to JPG file format**<br>**• Create video clips from any video stream, record to file in standard AVI and UTC recorders/encoders native formats**<br>**• Create auto-play evidence CD of video clips** | Lenel OnGuard provides high-performance storage media for the compressed images.<br><br>http://www.lenel.com/assets/library/OG13_BR_030413.pdf<br><br>http://www.lenel.com/assets/library/PR_SS.pdf<br><br>http://www.lenel.com/assets/library/FCWNX_SS_DVS_021214.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| vary the ~~dimensions and the rate~~ *spatial parameters and temporal parameters* at which a particular image is stored in accordance with one of the externally derived commands. | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." *(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **The Quality parameter is converted to the camera-specific compression level value. The Resolution parameter is specified for both CIF and 4CIF resolutions for both PAL and NTSC video standards. The FrameRate parameter is only available on the camera at frame rates of 1, 5, or 10 frames per second.**  **A command is sent to the camera which either provides some response that is parsed and used by the LNVR or executes an action on the camera. An example of a command is "getvideo" (typically used to retrieve video from a video source – camera).** Some commands are reserved, including the generic commands getvideo and handshake, as well as the following PTZ commands: AutoFocus, IrisStop, ZoomStop, FocusStop, and MoveStop. Other commands may have arbitrary names. These names will be determined by cross references from parameter's getcmd and setcmd attributes. | Lenel OnGuard consists of the OpenCapture Simulator which varies current frame rate, bitrate (temporal parameter) and resolution (spatial parameter) of the video image on receiving command (getvideo) for execution on the camera. http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of simultaneously displaying and storing multiple video images, comprising the steps of: | *(4:37-44)* "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>*(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(4:37–41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **Video cameras are installed in areas of high asset value or vulnerability to theft or intrusion (*i.e.* - tel/data, high asset storage, emergency exit doors) and areas that are not easily visible and may pose a risk to individual safety or security (*e.g.* - practice rooms, ensembles, studios). On Guard's ability to capture and store video** using commercial-off-the-shelf cameras and recording technology helps control break-ins, thefts, assaults and loitering, as well as capture possible destruction of property for immediate response.<br><br> | Lenel OnGuard consists of PC monitor which display the images from different cameras.<br><br>http://www.lenel.com/assets/case-studies/CS_Berklee.pdf<br><br>http://www.lenel.com/assets/library/PR_SS.pdf |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| receiving video images *at a personal computer based system* from ~~a plurality of~~ *one or more* sources; | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.  *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **Video cameras are installed in areas of high asset value or vulnerability to theft or intrusion (*i.e.* - tel/data, high asset storage, emergency exit doors) and areas that are not easily visible and may pose a risk to individual safety or security (e.g. practice rooms, ensembles, studios). On Guard's ability to capture and store video using commercial-off-the-shelf cameras and recording technology** helps control break-ins, thefts, assaults and loitering, as well as capture possible destruction of property for immediate response.   | Lenel OnGuard consists of PC monitor which receives the images from different analog and network cameras.  http://www.lenel.com/assets/case-studies/CS_Berklee.pdf  http://www.lenel.com/assets/library/OG13_SS_VM.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| digitizing~~one or more~~any of the images ~~if~~ not already in digital form *using an analog-to-digital converter*; | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **Stream of MPEG images. In this case, a camera would keep sending an HTTP stream containing MPEG4 images to the LNVR indefinitely without waiting for any feedback from the LNVR.** *This is a limited capapbility and might need to be evaluated for a particular camera.*<br><br>**The JPEG images must be delivered as specified by "image/jpeg" MIME type (Content-Type: image/jpeg). The MPEG4 images must be delivered as specified by "image/mpeg" or "video/mpeg" MIME type ("Content-Type: image/mpeg" or "Content-Type: video/mpeg"). The parameter "Content-Length" would make receiving JPEGs slightly faster, but it is not required.**<br><br>Rename the **"Panasonic MPEG4 RTP" to have the new brand name (i.e. LENEL), the media type (i.e. MJPEG, MPEG4, H264). Assuming that we need to introduce a new LENEL H.264 camera, the test should read "LENEL H264 RTP". Modify the "VideoEncoding" default string to contain either "MJPEG" or "MPEG4" or "H264".** This parameter specifies the RTSP payload type. Finally, add the path that is required by the RTSP command as you have used it in the previous screens to view video (*i.e.* - MediaInput/mpeg4). | Lenel OnGuard consists of video encoding to convert analog video signals into digital format.<br><br>http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| displaying at least certain of the digitized images in separate windows on a *personal computer based* display device, using a first set of temporal and spatial parameters associated with each image in each window; | **(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>**(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>**(4:64-65)** "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | OnGuard **VideoManager offers several options for viewing, including through OnGuard Alarm Monitoring, OnGuard VideoViewer, OnGuard Remote Monitor and a Barco digital display wall.** OnGuard VideoManager lets you build your video system with our software.<br><br><br><br>**The Quality parameter is converted to the camera-specific compression level value. The Resolution parameter is specified for both CIF and 4CIF resolutions for both PAL and NTSC video standards. The FrameRate parameter is only available on the camera at frame rates of 1, 5, or 10 frames per second.** | Lenel OnGuard consists of Video Manager display which streams the video at different resolutions (spatial parameter) and frame rate (temporal parameter) from different cameras on a single display screen.<br><br>http://www.lenel.com/assets/library/OG13_SS_VM.pdf<br><br>http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| simultaneously storing the displayed images converting one or more of the video source images into a data storage format using a second set of temporal and spatial parameters associated with each image; and | (6:34– 40) "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> **Note:** <br> The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec.  Popular computer storage formats include MOV, AVI, etc. <br><br> This claim element deals with converting a video file which has been compressed according to some established codec (like H.264), into a computer-readable container file (like MOV, or Quicktime). | Rename the **"Panasonic MPEG4 RTP" to have the new brand name (i.e. LENEL), the media type (i.e. MJPEG, MPEG4, H264). Assuming that we need to introduce a new LENEL H.264 camera, the test should read "LENEL H264 RTP". Modify the "VideoEncoding" default string to contain either "MJPEG" or "MPEG4" or "H264".** This parameter specifies the RTSP payload type. Finally, add the path that is required by the RTSP command as you have used it in the previous screens to view video (*i.e. -* MediaInput/mpeg4). <br><br> **PTZ operations can be continuous:** a user requests a camera to move (to the left for example) with a given speed by mouse clicking in the video player. **When the mouse button is released, it means that user wants to stop continuous PTZ operation. The MoveStop, ZoomStop, FocusStop and IrisStop parameters are used to stop the corresponding operation.** <br><br> **These parameters are used to specify how continuous zoom operations can be performed on the camera.** The parameter argument represents speed. **The higher the value, the faster the camera should change the zoom. If user wants to stop continuous zoom operation, the command specified in the ZoomStop parameter will be issued.** <br><br>  | Lenel OnGuard's convert IP based video images into the data storage format and update image in a window by zooming (spatial parameter) the image. <br><br> The quality parameter allows frame rate (temporal parameter) on the camera at 1, 5 or 10 frame/second. <br><br> http://cdn.lenel.com /oaap/OpenVideo-CaptureStandard.p df |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | The Quality parameter is converted to the camera-specific compression level value. The Resolution parameter is specified for both CIF and 4CIF resolutions for both PAL and NTSC video standards. The FrameRate parameter is only available on the camera at frame rates of 1, 5, or 10 frames per second. | |
| *simultaneously storing the converted images in a storage device.* | *(3:64– 67)* "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."  *(3:30– 40)* "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | Camera resolution support ranges from basic QVGA (320 x 240) to 10 Megapixel (3648 x 2752 DVD quality). **An array of frame rates are available, and are dependent on video capture modules with both MPEG-4 and MJPEG compressions. OnGuard VideoManager also offers several recording, extended storage and monitoring options. Customers can record in continuous, time-lapse, event-driven or synchronized audio and video modes, and store that video on industry-standard, off- the-shelf hardware, including Direct Attached Storage (DAS), Network Attached Storage (NAS) and Storage Area Networks (SAN.) Once video is set up, it's time to monitor it.** | Lenel OnGuard's provides continuous storage of converted audio/video signals.  http://www.lenel.com/assets/library/OG13_BR_030413.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| A video storage and display system, comprising: | **(4:37-44)** "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>**(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>**(4:64-65)** "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | **Video cameras are installed in areas of high asset value or vulnerability to theft or intrusion (_i.e._ - tel/data, high asset storage, emergency exit doors) and areas that are not easily visible and may pose a risk to individual safety or security (e.g. practice rooms, ensembles, studios).** On Guard's ability to capture and store video using commercial-off-the-shelf cameras and recording technology helps control break-ins, thefts, assaults and loitering, as well as capture possible destruction of property for immediate response.<br><br> | Lenel OnGuard consists of PC monitor which display the images from different cameras.<br><br>http://www.lenel.com/assets/case-studies/CS_Berklee.pdf<br><br>http://www.lenel.com/assets/library/PR_SS.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| ~~a plurality of~~ *one or more* video cameras, each outputting a signal representative of a video image; | *(2:66–3:3)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression."<br><br>*(4:37-41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression."<br><br>*(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical." | Video cameras are installed in areas of high asset value or vulnerability to theft or intrusion (*i.e.* - tel/data, high asset storage, emergency exit doors) and areas that are not easily visible and may pose a risk to individual safety or security (*e.g.* - practice rooms, ensembles, studios).**On Guard's ability to capture and store video using commercial-off-the-shelf cameras and recording technology helps control break-ins, thefts, assaults and loitering, as well as capture possible destruction of property for immediate response.**<br><br> | Lenel OnGuard utilizes commercial-off-the-shelf cameras to capture and store video for immediate response.<br><br>http://www.lenel.com/assets/case-studies/CS_Berkle e.pdf<br><br>http://www.lenel.com/assets/library/OG13_BR_030413.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| means to receive the signals from each camera and digitally compress the images; and | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(2:66–3:3)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(4:37-41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **The repeatRequest, delay and controlRate attributes are sometimes used for the "getvideo" command to receive a continuous video stream from the camera.** For most IP cameras, none of the attributes are needed. For this reason, this attribute is not often used and its default value is "false".<br><br>**The Quality parameter represents the quality of compressed images. The higher the value of the parameter, the better the quality of the image produced. Some IP cameras use the opposite notion: compression. If compression is used, an enumeration must be used to convert high values to low and vice versa.** | Lenel OnGuard's receives continuous video signals and quality parameter provides compressed images for IP cameras.<br><br>http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a computer configured to receive the digitally compressed images, the computer being interfaced to the following devices: | **(3:54-57)** "It is an object of the invention to provide a more efficient method for monitoring camera outputs by means of a multiple-window display system <u>implemented on a computer platform</u>."<br><br>**(3:58-63)** "It is another object of the invention to provide an improved recording system for event-logging or security applications, … and further <u>to implement this system on a computer platform</u>."<br><br>**(4:37-41)** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression." | **OnGuard DataConduIT is an advanced Application Programming Interface, built on Windows Management Instrumentation (WMI), that allows real-time, bidirectional, seamless integration between OnGuard and IT applications.**<br><br>**Facility Commander Wnx offers powerful, easy-to-use, IT-friendly, integrated security management under the familiar Microsoft Windows® operating environment. It is a complete end-to-end solution for today's most commonly deployed physical security applications; providing real-time monitoring, command and control, automation, database administration and report management in a single unified system.**<br><br><br><br>**The Quality parameter represents the quality of compressed images. The higher the value of the parameter, the better the quality of the image produced. Some IP cameras use the opposite notion: compression. If compression is used, an enumeration must be used to convert high values to low and vice versa.** | Lenel OnGuard provides monitoring of the received compressed images through Wnx and Windows Management Instrumentation (WMI) provides application programming interface for the system.<br><br>http://www.lenel.com/assets/library/OG13_SS_IT.pdf<br><br>http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf<br><br>http://www.lenel.com/assets/library/FCWNX_SS_WI.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a display screen, | *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." <br><br> *(4:64-65)* "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | OnGuard **VideoManager offers several options for viewing, including through OnGuard Alarm Monitoring, OnGuard VideoViewer, OnGuard Remote Monitor and a Barco digital display wall.** OnGuard VideoManager lets you build your video system with our software. <br><br>  | Lenel OnGuard provides displaying of multiple videos on a single screen. <br><br> http://www.lenel.com/assets/library/OG13_SS_VM.pdf <br><br> http://www.lenel.com/assets/library/OG13_BR.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| means to receive externally derived operator commands including means for sensing a deviation from the normal-state image scene associated with at least one of the video cameras, the existence of the deviation being used as the basis for generating an externally derived command, and | **(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." **(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." **(8:28– 42)** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **Armed with the OnGuard platform which is able to effectively manage a wide range of security functions including access control, alarm monitoring, video surveillance and analysis, as well as ID credential issuance and management.** **A command is sent to the camera which either provides some response that is parsed and used by the LNVR or executes an action on the camera. An example of a command is "getvideo" (typically used to retrieve video from a video source – camera).** **Some commands are reserved, including the generic commands getvideo and handshake, as well as the following PTZ commands: AutoFocus, IrisStop, ZoomStop, FocusStop, and MoveStop. Other commands may have arbitrary names. These names will be determined by cross references from parameter's getcmd and setcmd attributes.** | Lenel OnGuard receives externally derived operator command (alarm monitoring, PTZ commands or getvideo commands) which is parsed and used by the LNVR (Lenel Network Video Recorder). http://www.lenel.com/assets/case-studies/CS_Berkle e.pdf http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.p df |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a high-capacity storage medium, and | ***(3:64– 67)*** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>***(3:30– 40)*** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | Prism is tightly integrated with the recently re-factored and **modernized Lenel NVR, adopting industry-standard RTP/RTSP transport protocols resulting in high-performance video storage and retrieval. This combination meets your needs whether you prefer to purchase your storage as a software-only package for deployment on COTS server hardware or as benchmarked and optimized hardware-based turnkey solution.**<br><br>**Video Clip File Storage**<br><br>• **Single-frame snapshot capture from any video stream to JPG file format**<br>• **Create video clips from any video stream, record to file in standard AVI and UTC recorders/encoders native formats**<br>• **Create auto-play evidence CD of video clips** | Lenel Prism integrates with Lenel NVR (Network Video Recorder) for high-performance storage media i.e. COTS server hardware.<br><br>http://www.lenel.com/assets/library/PR_SS.pdf<br><br>http://www.lenel.com/assets/library/FCWNX_SS_DVS_021214.pdf |
| wherein the computer is programmed to perform the following functions: | Usage of computer previously established | Preamble to the next set of claim elements | No evidence required |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| display the digitally compressed images from the cameras in different windows on the display screen, each window being associated with an update rate and dimensions in pixels, | **(*Abstract, ll. 1-8*)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>**(*2:66–3:3*)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>**(*6:34– 40*)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | OnGuard **VideoManager offers several options for viewing, including through OnGuard Alarm Monitoring, OnGuard VideoViewer, OnGuard Remote Monitor and a Barco digital display wall.** OnGuard VideoManager lets you build your video system with our software.<br><br><br><br>**The Quality parameter is converted to the camera-specific compression level value. The Resolution parameter is specified for both CIF and 4CIF resolutions for both PAL and NTSC video standards. The FrameRate parameter is only available on the camera at frame rates of 1, 5, or 10 frames per second.** | Lenel OnGuard consists of VideoManager display the compressed video streams at different resolutions from different cameras on a single display screen.<br><br>http://www.lenel.com/assets/library/OG13_SS_VM.pdf<br><br>http://www.lenel.com/assets/library/OG13_BR.pdf<br><br>http://www.lenel.com/assets/library/OG13_BR_030413.pdf<br><br>http://cdn.lenel.com/oaap/OpenVideo-CaptureStandard.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| vary ~~the dimensions and the rate~~ *spatial parameters and temporal parameters* at which a particular image is updated in its window in accordance with one of the externally derived commands, | **(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> **(8:28– 42)** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **The Quality parameter is converted to the camera-specific compression level value. The Resolution parameter is specified for both CIF and 4CIF resolutions for both PAL and NTSC video standards. The FrameRate parameter is only available on the camera at frame rates of 1, 5, or 10 frames per second.** <br><br>  <br><br> **A command is sent to the camera which either provides some response that is parsed and used by the LNVR or executes an action on the camera. An example of a command is "getvideo" (typically used to retrieve video from a video source – camera).** <br><br> Some commands are reserved, including the generic commands getvideo and handshake, as well as the following PTZ commands: AutoFocus, IrisStop, ZoomStop, FocusStop, and MoveStop. Other commands may have arbitrary names. These names will be determined by cross references from parameter's getcmd and setcmd attributes. | Lenel OnGuard consists of the OpenCapture Simulator which updates current frame rate, bitrate (temporal parameter) and resolution (spatial parameter) of the video image on receiving command (getvideo) for execution on the camera. <br><br> http://cdn.lenel.com /oaap/OpenVideo-CaptureStandard.p df |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| store the digitally compressed images in the high-capacity storage medium, and | **(3:64– 67)** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>**(3:30– 40)** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of <u>disk storage devices</u>, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images"<br><br>**(6:22– 33)** "An additional feature is the capability to implement a dual-recording-media option. This facility provides the ability to record simultaneously both on a tape (for high capacity, long term storage) and also on a removable media, such as a removable hard disk (i.e. PCMCIA) or magneto-optical disk (for short-term storage of up to 24 hours of images). These disks facilitate high-speed searching of recorded information without interrupting the tape, as well as providing a back up for the recording on the tape. In addition, the system is capable of simultaneously searching the recorded images on the disk storage unit while continuing to store images on the tape storage unit." | Prism is tightly integrated with the recently re-factored and **modernized Lenel NVR, adopting industry-standard RTP/RTSP transport protocols resulting in high-performance video storage and retrieval. This combination meets your needs whether you prefer to purchase your storage as a software-only package for deployment on COTS server hardware or as benchmarked and optimized hardware-based turnkey solution.**<br><br>**The Quality parameter represents the quality of compressed images. The higher the value of the parameter, the better the quality of the image produced. Some IP cameras use the opposite notion: compression. If compression is used, an enumeration must be used to convert high values to low and vice versa.**<br><br>**Video Clip File Storage**<br><br>• **Single-frame snapshot capture from any video stream to JPG file format**<br>• **Create video clips from any video stream, record to file in standard AVI and UTC recorders/encoders native formats**<br>• **Create auto-play evidence CD of video clips** | Lenel OnGuard provides high-performance storage media for the compressed images.<br><br>http://www.lenel.com/assets/library/OG13_BR_030413.pdf<br><br>http://www.lenel.com/assets/library/PR_SS.pdf<br><br>http://www.lenel.com/assets/library/FCWNX_SS_DVS_021214.pdf |

Hawk Technology Systems, LLC v. IMG Academy, LLC

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| vary the ~~dimensions and the rate~~ *spatial parameters and temporal parameters* at which a particular image is stored in accordance with one of the externally derived commands. | **(3:64– 67)** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>." <br><br> **(3:30– 40)** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of <u>disk storage devices</u>, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images" <br><br> **(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> **(10:38– 45)** "If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **The Quality parameter is converted to the camera-specific compression level value. The Resolution parameter is specified for both CIF and 4CIF resolutions for both PAL and NTSC video standards. The FrameRate parameter is only available on the camera at frame rates of 1, 5, or 10 frames per second.** <br><br>  <br><br> **A command is sent to the camera which either provides some response that is parsed and used by the LNVR or executes an action on the camera. An example of a command is "getvideo" (typically used to retrieve video from a video source – camera).** <br><br> Some commands are reserved, including the generic commands getvideo and handshake, as well as the following PTZ commands: AutoFocus, IrisStop, ZoomStop, FocusStop, and MoveStop. Other commands may have arbitrary names. These names will be determined by cross references from parameter's getcmd and setcmd attributes. | Lenel OnGuard consists of the OpenCapture Simulator which varies current frame rate, bitrate (temporal parameter) and resolution (spatial parameter) of the video image on receiving command (getvideo) for execution on the camera. <br><br> http://cdn.lenel.com /oaap/OpenVideo-CaptureStandard.p df |