UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAWK TECHNOLOGY SYSTEMS, LLC,

      Plaintiff,

v.                                             Case No: 8:15-cv-236-T-27TBM

IMG ACADEMY, LLC,

      Defendant.

_____/

### ORDER

      The Court has been advised that this case has been settled (Dkt. 8). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

      **DONE AND ORDERED** this 31st day of March, 2015.

                                       **JAMES D. WHITTEMORE**
                                       United States District Judge

Copies to:
Counsel of Record